B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodriguez, Benjamin J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Next Level Advertising; AKA Brasa's Grill; AKA Alotta Pressure Business Group; AKA Alotta Pressure Cleaing Professionals; AKA Alotta Pressure Cleaing; AKA Pure Title** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0626** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7508 NW 17th Drive**<br>**Pembroke Pines, FL**<br>ZIP Code **33024** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rodriguez, Benjamin J** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Nicole Adalaide Rodriguez** | Case Number:<br>**10-27233** | Date Filed:<br>**6/18/10** |
| District:<br>**Southern** | Relationship:<br>**Wife** | Judge:<br>**Judge Ray** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Kevin C. Gleason**                                **March 17, 2011**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**Kevin C. Gleason 369500** |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>■  No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Rodriguez, Benjamin J**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Benjamin J Rodriguez**
Signature of Debtor   **Benjamin J Rodriguez**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 17, 2011**
Date

### Signature of Attorney*

X **/s/ Kevin C. Gleason**
Signature of Attorney for Debtor(s)

 **Kevin C. Gleason 369500**
Printed Name of Attorney for Debtor(s)

 **Kevin C. Gleason**
Firm Name
**4121 North 31 Avenue**
**Hollywood, FL 33021**

_____
Address

                    **Email: bankruptcylawyer@aol.com**
**954-893-7670  Fax: 954-893-7675**
Telephone Number

**March 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Benjamin J Rodriguez__ _____    Case No. _____
                                     Debtor(s)               Chapter    __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Benjamin J Rodriguez**
                                   **Benjamin J Rodriguez**

Date:   **March 17, 2011**

Abiomet Company
POB 8500-41335
Philadelphia, PA 19178-1335

Academy Collection Service Inc
10965 Decatur Road
Philadelphia, PA 19154-3210

Accredited Home Lenders
POB 502480
San Diego, CA 92150-2480

Accredited Home Lenders
POB 502480
San Diego, CA 91250-2480

Advance Me
600 Townpark In
Suite 500

Advanta
POB 8088
Philadelphia, PA 19101-8088

Aegis Recovery
POB 404
Fort Mill, SC 29716

Alberti Law
POB 23028
Tampa, FL 33623

All Service Refuse
751 NW 31st Avenue
Fort Lauderdale, FL 33311

Alliance One
1160 Cenre Pointe Drive
Suite 1
Saint Paul, MN 55120

Alliant Law Group, PC
2860 Zanker Road
Suite 105
San Jose, CA 95134

Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


Allstate
POB 660222
Dallas, TX 75066-0222


Ally Automotive Financing
POB 380901
Bloomington, MN 55438


Alotta Pressure
7920 Pines Blvd.
Hollywood, FL 33024


Alotta Pressure Cleaning
6067 Hollywood Blvd
Suite 350
Hollywood, FL 33024


American Alarms, Inc
5722 C Flamingo Road
# 230
Fort Lauderdale, FL 33330


American Express
POB 360001
Fort Lauderdale, FL 33336-0001


American Express
POB 360002
Fort Lauderdale, FL 33336

American Medical Security
POB 19032
Green Bay, WI 54307-9032


Ampy Bakery
4665 199 Street
Opa Locka, FL 33055


Arrow Financial Services, LLC
5996 W Touchy Avenue
Niles, IL 60714


Assocated Recovery Systems
POB 469046
Escondido, CA 92046-9046


Asst. General of the US
950 Pennsylvania Avenue, NW
Room 400
Washington, DC 20530-0001


AT & T
POB 105262
Atlanta, GA 30348-5262


ATM Plus Networks
10749 Bren Road E
Minnetonka, MN 55343


Authorize.net
915 South 500 East
Suite 200
American Fork, UT 84003

Avalon
POB 5522003
Tampa, FL 33655


Avalon Health Care
3030 North Rocky Point Drive NW
Suite 800
Tampa, FL 33607


Bank of America
POB 15026
Wilmington, DE 19850-5026


Bank of America
3204 71sr Street West
Lehigh Acres, FL 33971


Becker & Poliakoff
121 Alhambra Plaza
10th Floor
Coral Gables, FL 33134


Becker & Poliakoff
121 Alhambra Plaza
10th Floor
Miami, FL 33134


Ben-Ezra & Katz, PA
2901 Stirling Road
Suite 300
Fort Lauderdale, FL 33312


Brandsmart
c/o GE Bank
POB 960061
Orlando, FL 32896


Brasa's Grill Group
7920 Pines Blvd.
Hollywood, FL 33024

```
Broward County Tax Collector
115 S Andrews Avenue
Fort Lauderdale, FL 33301-1899


Broward Health
POB 932540
Atlanta, GA 31193-2540


Broward Health
Coral Springs Medical Center
POB 932540
Atlanta, GA 31193-2540


Business Information Solutions
475 Anton Blvd
Costa Mesa, CA 92626


Capital One
POB 650007
Dallas, TX 75265


Capital One
POB 70884
Charlotte, NC 28272
```

CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA 50701


CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184


Chad Cowart
c/o ChristopherM Brown, Esq.
600 S Andrews Avenue
Suite 600
Fort Lauderdale, FL 33301


Chase
POB 36520
Louisville, KY 40233


Cintas Corp., # 117
1111 NW 209th Avenue
Pembroke Pines, FL 33029


Cisco Inc
1702 Townhurst Drive
Houston, TX 77043


Citi
POB 22060
Tempe, AZ 85285-2060


CITI
POB 6248
Sioux Falls, SD 57117-6248


Citi
CITI Flex Line
POB 6248
Sioux Falls, SD 57117-6248


CIti
POB 6235
Sioux Falls, SD 57117

Citi Citibusiness
POB 44180
Jacksonville, FL 32231-4180

Citi Platinum
POB 6500
Sioux Falls, SD 57117

Citibank
POB 183051
Columbus, OH 43218

Citibank
POB 6500
Sioux Falls, SD 57117

CitiBank
400 North Rogers Road
POB 3330
Olathe, KS 66063-3330

CitiFinancial
3950 Regent Blvd
S2A-283
Irving, TX 75063-2244

CitiFinancial Services
POB 22060
Tempe, AZ 85285-2060

Client Services
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047

CMI Bill Resolution/DeltaCom
POB 456
Upper Darby, PA 19082

Coca-Cola Enterprises
521 Lake Kathy Drive
Brandon, FL 33510

Collect America Commercial Services, Inc
16011 College Blvd.
Suite 101
Lenexa, KS 66219


Comcast
POB 530099
Atlanta, GA 30353-0099


Cooppa Inc
13550 SW 10th Street
Pembroke Pines, FL 33027


Countrywide
POB 660694
Dallas, TX 75266-0694


Credit Bureau of South Florida
8125 NW 53rd Street
Suite 100
Doral, FL 33166


Credit Collection Services
Two Wells Avenue
Dept 9135
Newton Center, MA 02459


Credit One LLC
POB 605
Metairie, LA 70004


Credit Protection Association, LP
13355 Noel Rd
Dallas, TX 75240


Cusano's Bakery
208 NW 4th Avenue
Hallandale, FL 33309

```
David J. Stern, PA
900 S Pine Island Road
Suite 400
Plantation, FL 33324-3920


Dell
POB 5275
Carol Stream, IL 60197


Dell
POB 81577
Austin, TX 78708-0157


Dell Financial Services
POB 5292
Carol Stream, IL 60197


DeltaCom
POB 740597
Atlanta, GA 30374-0597


Dennis and Leah Bonneau
1208 NW 144th Terrace
Hollywood, FL 33028


Discover
POB 30943
Salt Lake City, UT 84130


Discover Card
POB 71084
Charlotte, NC 28272-1084


Donal Harper
2280 SW 84th Way
Miramar, FL 33025


Dr. Sylvester Braithwaite
3101 S Ocean Drive
# 2201
Hollywood, FL 33019


Eatts & Winston LLC
450 Park Avenue South
New York, NY 10016
```

```
EBI LLVC Orthopedic Support Products
POB N222
Westport, MA 02790


Encore
400 N Rogers Road
POB 3330
Olathe, KS 66063


Encore
POB 47248
Oak Park, MI 48237


Equitable Ascent Financial LLC
1120 West Cook Road #B
Buffalo Grove, IL 60089


Eric T. Salpeter, Esq.
Museum Plaza, Suite 503
200 South Andrews Avenue
Fort Lauderdale, FL 33301


Fast Capital, LLC
16 East 40Street
11th Floor
New York, NY 10016-0113


First Equity
POB 23029
Columbus, GA 31902


First Equity
2810 Southampton Rd
Philadelphia, PA 19154-1207


First Equity
POB 84075
Columbus, GA 31901-4075
```

First Liberty Square
1114 Fremont Avenue S
South Pasadena, CA 91030-3227


First National Collection Burearu, Inc
610 Waltham Way
Sparks, NV 89434


First National Collection Bureau, Inc
610 Waltham Way
Sparks, NV 89434


First Path LLC
P.O. Box 1259 DEPT 12867
Oaks, PA 19456


First Premier Bank
POB 5524
Sioux Falls, SD 57117-5524


Forum Publishing
POB 100773
Atlanta, GA 30384


G E Money Bank
POB 981422
El Paso, TX 79998-1422


GC Services Limited Partnership
POB 26999
San Diego, CA 92196


GE Money Bank/Brandsmart
POB 960061
Orlando, FL 32896


GECC/GE FLEX
POB 80082
Salinas, CA 93912


Glantz & Glantz, PA
7951 SW 6th Street
Suite 100
Fort Lauderdale, FL 33324

Global Acceptance
5850 W Interstate 20
Ste 100
Arlington, TX 76017


GMAC
POB 380901
Louisville, KY


GMAC
Ally Bank Customer Cair
POB 951
Horsham, PA 19044


GMAC
POB 900179
Louisville, KY 40290-1719


Gold Coast Beverage Distribution
3325 NW 70th Avenue
Miami, FL 33122


Goodman & Leopold, LLP
460 Park Avenue
12th Floor
New York, NY 10022


Haldane Cooper
9841 Red Hart Lane
Tamarac, FL 33321


Homecomings
POB 9001719
Louisville, KY 40290-1719


I C Systms
444 Highway 96 East
POB 64887
Saint Paul, MN 55164


IC Commercial Services
4012 Gunn Highway
Suite 250
Tampa, FL 33618

Idearc Media, LLC
POB 610830
DFW Airport, TX 75261-0830

IndyMac/One West
POB 2971
Phoenix, AZ 85062-2971

IndyMac/One West
POB 2971
Phoenix, AZ 85062-2951

Integrity Payment Systems, LLC
1700 Higgins Road
Suite 690
Des Plaines, IL 60018

Internal Revenue Service
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114-0326

International Realty & Investment Group
6067 Hollywood Blvd.
Hollywood, FL 33024

nt

J & L Sports Productions, Inc
POB 3215
Amador City, CA 95601


Jay W Smith
8619 Reseda Blvd
Suite 206
Northridge, CA 91324


Law Offices of Kevin Jackson, PA
888 S Andrews Avenue
Suite 205
Fort Lauderdale, FL 33316


Law Offices of Thomas P. Riley
First Liberty Square
1114 Fremont Avenue S
South Pasadena, CA 91030-3227


Law Offices of Thomas P. Riley
1114 Freemont Avenue
South Pasadena, CA 91030


Lee County
Dept of Community Development
Code Enforcement Office
POB 1609
Fort Myers, FL 33902-1609


Lee County Property Appraiser
POB 1546
4th Floor
Fort Myers, FL 33902


Lee County Property Appraisers
2480 Thompson Street
4th Floor
Fort Myers, FL 33902

Levey, Filler, Rodriguez, et al
1688 Meridian Avenue
Ste 902
Miami Beach, FL 33139


Levy Diamond Bello & Assoc
POB 352
Milford, CT 06460-0352


Linens
POB 890712
Charlotte, NC 28289-0712


Linens of the Week
POB 890712
Charlotte, NC 28289-0712


LTF Financial
7322 SE Freeway
Suite 1600
Houston, TX 77074


McCarthy, Burgess & Wolff
The MB & W Bldg
26000 Cannon Road
Cleveland, OH 44146


Meals International
7920 Pines Blvd.
Hollywood, FL 33024


Mechant Processing Services
132 West 36th Street
Floor 3
New York, NY 10018


Mercedes Benz Financial
POB 9001680
Louisville, KY 40290-1680


Merchant Cash & Capital
450 Park Avenue South
11th Floor
New York, NY 10016

Miami-Dade Tax Collector
140 West Flagler Street
Floor 12
Miami, FL 33130


Michael R. Bass, PA
600 S Andrews Avenue
6th Floor
Fort Lauderdale, FL 33301


Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA 19154


Money for Merchants, LLC
c/o Richard P. Joblove
12372 SW 82nd Avenue
First Floor
Miami, FL 33156-5223


Mortgage Electronic Registration
Electronic Data Systems Corp
3300 SW 34th Avenue
# 101
Ocala, FL 34474


MRS Associates Incv
1930 Onley Avenue
Cherry Hill, NJ 08003


National Commercial Services
c/o Jay W. Smith
6644 Valjean Avenue
Suite 200
Van Nuys, CA 91406


Nationwide Credit
POB 740640
Atlanta, GA 30374


Nationwide Credit Inc
2015 Vaughn Rd NW
Bldg 400
Kennesaw, GA 30144-7801

```
NCC Business Services, Inc
3733 University Blvd. W
Suite 300
Jacksonville, FL 32217


NCO Financial
POB 15760
Wilmington, DE 19850


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


Next Level
6067 Hollywood Blvd.
Suite 350
Hollywood, FL 33024
```

Northland Group
POB 390846
Minneapolis, MN 55439


Orchard Bank
POB 80084
Salinas, CA 93912-0084


Petition of Broward County
Broward County Revenue COllector
Governmental Cennter Annex
115 South Andres Avenue, # A100
Fort Lauderdale, FL 33301


Pitney Bowes
POB 856042
Louisville, KY 40285-6042


Plains Commerce
Processing Center
POB 90340
Sioux Falls, SD 57109


Premier Beverage
POB 820410
Pembroke Pines, FL 33082


Prime Card
21 SE 1st Avenue
3rd Floor
Miami, FL 33131

Professional Adjustment Corp of SW Flori
14410 Metropolis Avenue
Fort Myers, FL 33912-4341


Redline Recovery
11675 Rainwater Drive
Suite 350
Alpharetta, GA 30009-8693


Republic National
441 SW 12th Avenue
Deerfield, FL


Restaurant Beverage Sercice, Inc
20219 NE 15 Court
Miami, FL 33179


Reward's Network
8619 Reseda Blvd
#205
Northridge, CA


RMS
77 Hartford Street
Suite 401
POB 280431 East
East Hartford, CT 06128-0431


RMS
240 Emery Street
POB 21298
Lehigh Valley, PA 18002


Ross Realty
3325 S University Drive
Suite 210
Fort Lauderdale, FL 33328


Select Portfolio
POB 65250
Salt Lake City, UT 84165-0250

```
Seminole Tribe of FL - EMS
HC 61
BOX 49
Clewiston, FL 33440


Soft Serve Systems
POB 4335
Deerfield Beach, FL 33442-4335


Special Asst US Atty
Associate Area Counsel (SBSE)
Ft. Lauderdale, Royal Palm Bldg.
1000 Pine Island Road, #300
Plantation, FL 33324


Specialized Loan Servicing LLC
8742 Lucent Blvd.
Suite 300
Littleton, CO 80129


Stacey S Fischer, Esq
Sprechman & Assoc, PA
2775 Sunny Isle Blvd
Ste 100
North Miami Beach, FL 33160


Staples/Citibank
POB 689020
Des Moines, IA 50368


Summit Collection Services, Inc
POB 306
Ho Ho Kus, NJ 07423-0306


Sun Sentinel
POB 100606
Atlanta, GA 30384-0606


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207


Tate & Kirlin Associates
2810 Southamption Road
Philadelphia, PA 19154-1207
```

TimePayment Corp/International Realty
10-M Commerce Way
Woburn, MA 01801


United Collection Bureau, Inc
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


US Atty
Southern District of Forida
99 NE 4th Street
Miami, FL 33192


US Express Leasing, Inc
Dept 1608
Denver, CO 80291-1600


Valpak
5423 North State Rd 7
Fort Lauderdale, FL 33319


Verizon
POB 105378
Atlanta, GA 30348


Village Shoppes Associates, LTD
7920 Pines Blvd
Pembroke Pines, FL 33024


Vita Source Plus
c/o Roger and Christopher Folh
3341 Hollywood Blvd.
Hollywood, FL 33021


Wagner & Hunt, P.A.
POB 934788
Margate, FL 33093-4788


Wagner & Hunt, PA
POB 934788
Margate, FL 33093

Walnut Creek Community Assocation, Inc
c/o Shantrell L. Lewis, Esq.
150 S Pine Island Road
Suite 540
Fort Lauderdale, FL 33324-2667


Watts & Winston, LLC
111 Town Square Place
Suite 1401A
Jersey City, NJ 07310-2790


Weinstein & Riley, PA
14 Penn Plaza
Ste 1300
New York, NY 10122




Windwood Condominium Association
16751 NE 9th Avenue
Miami, FL 33162


Zakeim & Associates, PA
1045 S. University Dr.
Suite 202
Fort Lauderdale, FL 33324


Zwicker & Associates, PC
Brian K. Szilvasy
3030 Hartley Road
Suite 150
Jacksonville, FL 32257